IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

FILED
DEC 1 2 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | NO. 7:08 CR 00145 |
| JOSEPH MARTIN STEPHENS | § § | |

## MOTION TO SEAL SENTENCING MEMORANDUM

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, JOSEPH MARTIN STEPHENS, by and through his undersigned counsel, respectfully requests the Court to seal the attached Sentencing Memorandum for the reason that the Sentencing Memorandum contains sensitive issues that should not be publicly disclosed. The best interest of justice, society and the defendant would be served by sealing this Motion and the Sentencing Memorandum.

Therefore, the defendant respectfully requests the Court to seal the Sentencing Memorandum.

Respectfully submitted,

_____
DANIEL W. HURLEY
SBN: 10310200
HURLEY & GUINN
1805 13th Street
Lubbock, Texas 79401
Phone: (806) 771-0700
Fax:    (806) 763-8199

PAGE 1

_____
BRIAN CARNEY
SBN: 03832275
1202 West Texas Avenue
Midland, Texas 79701
Phone: (432) 686-8300
Fax:   (432) 686-1949
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on December __11__, 2008, I hand delivered a copy of the foregoing document with the following attorneys of record:

Kerry A. Fleck
Assistant U. S. Attorney
400 West Illinois Street, Suite 1200
Midland, Texas 79701

_____
DANIEL W. HURLEY

PAGE 2