

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 7:08 CR 00145 |
| | § | |
| | § | |
| JOSEPH MARTIN STEPHENS | § | |

### ORDER ON MOTION TO SEAL SENTENCING MEMORANDUM

The defendant has requested that the Sentencing Memorandum filed in this cause be sealed by the Clerk of this Court. The Court is of the opinion that this is an appropriate request, and

It is therefore ORDERED that the Sentencing Memorandum, and this Order, be placed under seal by the Clerk of the Court.

SIGNED and ORDERED at Midland, Texas on this the _____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE

PAGE 3